Pro Se 11 (Rev. 12/16) Third–Party Complaint

# UNITED STATES DISTRICT COURT

for the

Central    District of California

_____ Division

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

        SEP ≋ 9 2021

CENTRAL DISTRICT OF CALIFORNIA
BY   DVF                 DEPUTY
```

- IFP Submitted

Califia Society—Moroccan Consulate )
)
_____ )
**Plaintiff(s)** )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )
)
)
)
)
)
)
(See ATTACHED) )
_____ )
**Defendant, Third–party plaintiff(s)** )
*(Write the full name of each defendant/third–party plaintiff. If the* )
*names of all the defendants/third–party plaintiffs cannot fit in the* )
*space above, please write "see attached" in the space and attach* )
*an additional page with the full list of names.)* )
**-v-** )
)
(See ATTACHED) )
_____ )
**Third–party defendant(s)** )
*(Write the full name of each third–party defendant. If the names* )
*of all the third–party defendants cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )

Case No.    2:21-cv-07240-ODW (MRWx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## THIRD – PARTY COMPLAINT

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Califia Society |
| Street Address | C/o 353 E. South Street |
| City and County | Long Beach, California 90805 |
| State and Zip Code | |
| Telephone Number | (714) 406-7697 |
| E-mail Address *(if known)* | |

| Plantiffs: | Court: | Case Number: | Illegally detained at: |
|---|---|---|---|
| Jamhal Talib Abdullah Bey Misidentified as "JAMHAL LATIMER" | Malden District Court | CR001099 | Middlesex House of Correction and Jail |
| Quinn Khabir El Misidentified as "QUINN CUMBERLANDER" | Malden District Court | CR001097 | Worcester County Jail & House of Correction |
| Tariff Sharif Bey Misidentified as "AARON JOHNSON' | Malden District Court | CR001101 | Middleton House of Correction |
| Lucha El Por Libertad Misidentified as "STEVEN PEREZ" | Malden District Court | CR001096 | Middlesex House of Correction and Jail |
| Jamil Rasul Bey Misidentified as "LAMAR DOW" | Malden District Court | CR001102 | Middleton House of Correction |
| Will El Musa Misidentified as "WILFREDO HERNANDEZ" | Malden District Court | CR001098 | Worcester County Jail & House of Correction |
| Aban El Curragh | Malden District Court | CR001104 | Middleton House of Correction |
| Omaar Antonio Malik El Misidentified as "OMAAR ANTONIO" formally known as "John Doe 2" | Malden District Court | CR001100 | Worcester County Jail & House of Correction |
| Conald Soliman Quiesqueyano Bey Misidentified as "CONALD PIERRE" | Malden District Court | CR001103 | Middlesex House of Correction and Jail |
|  |  |  |  |

Defendants:

Medford Massachusetts State Police

Massachusetts State Trooper Sergeant Matthew McDevitt

Massachusetts State Trooper Ryan Casey

Massachusetts State Trooper Mike Sullivan

Massachusetts State Trooper Sergeant Burnham

Massachusetts State Trooper Orlando

Malden District Court; Judge Emily A Karstetter

D.A.  Marian T Ryan

Prosecutor Van Epps

Magistrate Peter Doyle

 Malden District Court Clerks

Essex County Sheriff's Department; Superintendent Aaron Eastman, Sheriff Kevin F.Coppinger, Lieutenant Sousa, Deputy Earl,

Essex County House of Corrections Katy Chapplin,

THE COMMONWEALTH OF MASSACHUSETTS

AT&T NEWS MEDIA

COMCAST NBCUNIVERSAL NEWS MEDIA

VIACOM NEWS MEDIA

NEWS CORPORATION NEWS MEDIA

CBS NEWS MEDIA

**B.    The Defendant(s)/Third–Party Plaintiff(s)**

Provide the information below for each defendant/third–party plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address



**C.    The Third–Party Defendant(s)**

Provide the information below for each third–party defendant named in the complaint, whether the third–party defendant is an individual, a government agency, an organization, or a corporation. For an individual third–party defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Third–Party Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*



Third–Party Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*



Third–Party Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*



Third–Party Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*



## II.    Initial Complaint

A.    Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

B.    State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

## III.    Third–Party Complaint

A.    Describe the nature of the relationship between you and the third–party defendant. Attach any contracts or documents showing the nature of the relationship.

① Part of the same Civics Committe and Share the same Nationality. (see ATTACHeD exhibit .

Page 3 of 5

B.    Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

## IV.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9 - 1 - 21

Signature of Defendant/Third–Party Plaintiff    _Malies_

Printed Name of Defendant/Third–Party Plaintiff    Mafi, EL

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

B.      Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

## IV.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      9 -1 - 21

Signature of Defendant/Third–Party Plaintiff      *Maji EL*

Printed Name of Defendant/Third–Party Plaintiff      Maji EL

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Page 4 of 5

Pro Se 11 (Rev. 12/16) Third–Party Complaint

Name of Law Firm            _____

Street Address                _____

State and Zip Code           _____

Telephone Number           _____

E-mail Address                _____

Exhibit A (Showing relation to third party)

Be it resolved that on this 19th day of March 2021, the undersigned do hereby agree and establish a body politic to assist in the resurrection of the Moorish government pursuant to the natural principle of jus postliminy. This body politic shall be known as and serve the purpose of: *The Interim-Special-Committee for the specific purposes of hosting and establishing a free Moorish National constitutional convention and taking all necessary steps to meet these ends.*

## ORGANIZATIONAL STRUCTURE

### Quorum

At each meeting of the Interim-Special-Committee or any other Committees, the presence of 63% shall constitute a quorum for the transaction of business. If at any time the Committee consists of an even number of members and a vote results in a tie, then the vote of the Chair of the Committee shall be the deciding vote. The actions of the majority of the Committee members serving in the Committee or sub-Committees and present at a meeting in which there is a quorum shall be the official actions of the Committee or sub-Committees. If a quorum is not present at a meeting, the Committee members shall adjourn the meeting from time to time without further notice until a quorum hall be present. However, a Committee member shall be considered present at any meeting if during the meeting, he or she is present via telephone or web conferencing with other Committee members participating in the meeting.

Vote via proxy; at any proceedings, if a Moor is to vote for members not in attendance, said Moor is required to have, in writing, an affidavit signed by said persons authorizing said Moor(s) to cast a vote in their stead.

### *Rasm / Secretary*

The Secretary, or his/her designee, shall be the custodian of all records and documents of the Committee, which are required to be kept at the principal office of the Committee, and shall act as secretary at all meetings of the Interim-Special-Committee, and shall keep the minutes of all meetings on file in hard copy or electronic format. S/he shall attend to the giving and serving of all notices of the Committee and shall see that the seal of the Committee, if any, is affixed to all documents, the execution of which on behalf of the Committee under its seal is duly authorized in accordance with provisions of these bylaws.

The Secretary shall be responsible for the recording of all minutes of each and every meeting of the Committee in which business shall be transacted in such order as the Committee may determine from time to time. However, in the event that the secretary is unavailable, the Chair of the Committee shall appoint an individual to act as Secretary at the meeting. The Secretary shall also be responsible for roll call and will determine the quorum and majorities by those attending the meeting. The Secretary, or the individual appointed to act as Secretary, shall prepare the minutes of the meetings, which shall be delivered to the Committee to be placed in the Minute book. A copy of the minutes shall be delivered to each Committee member via either regular mail, hand delivered, emailed, or faxed within 30 days after the close of each Committee meeting.

### *Chairman*

It shall be the responsibility of the Chair, when present, to preside over all meetings of the Interim-Special-Committee. The Chair is authorized to execute any and all contracts or other documents which may be authorized, either generally or specifically, by the Committee. The Chair shall have the power to govern all events and maintain the peace of the committee. They shall not in any way, shape or form violate the natural divine substantive birthrights by primogeniture and inheritance of the Moors for any reason whatever. It shall also be the responsibility of the Chair to preside over all meetings, call meetings to order, and is responsible for the opening ceremonies and maintaining the meeting agenda, structure, as well the coordination of committee reports. The Chairman is charged at all times with maintaining the order and decorum of all official proceedings of the Interim-Special-Committee for the specific purposes of hosting and establishing a free Moorish National constitutional convention and taking all necessary steps to meet these ends. The Chairman is Elected.

### Vice/Co-Chairman

The Vice-Chairman shall preside as the acting chairman when needed; for the specific purposes of, but not limited to, if the Chairman is unavailable due to death, illness, or for other purposes. The vice-chair shall have similar duties and responsibilities as chairman. The vice-chairman shall provide guidance to settle disputes among members using the cardinal principles. The Vice/Co-Chairman is appointed by the Chairman.

**Elected Chairman:**
Tariff Sharif Bey

**Elected Secretary:**
Njambi Waweru El

**Appearances via Zoom**
(Meeting ID: 899 6989 3473)
(Password: 4Moors)
(1100 HRS to 1651 HRS Eastern Standard Time)
Location: Moorish Nahiganset Territory [2 Salem Street, Providence Rhode Island 02907]

1. Mafi El
2. Nassir Bolden Bey
3. Marius Bey
4. Chereyll Mina Bey
5. Khalid Mansur Malik Bey
6. Yizhaq De-Sire Bey
7. Y'Hudi Bey
8. Jerryblaze Bey
9. Shareaf Gamble Bey
10. Ron Adams Bey
11. Mawhub-Mike Abdullah El
12. James Bey
13. Adon Anthony Eliza Bey
14. Rajul Jair Muharib-Dey
15. Yusef El-Trey Cara Bey
16. Ausarankh-Dey Maatehuti Bey
17. Aton Aiman Akbar Rooh El
18. Salim Bey
19. Dominque Bey
20. Amir Yahiamme Bey
21. Diddy Bey
22. Roscoe
23. Tawif Bey
24. Riya MiAmor El

25. Iz Bey
26. Shakir Bey
27. Keithel Bey
28. Kimberly El
29. Ma'aab Bey
30. Wes El
31. FeatherHead Moor El
32. Damaris Al Ma'at Bey
33. Sanchez Bey
34. Affan Bey
35. Jason Bey
36. Jaleel-Hu El
37. Aaron Burns El
38. Kudjo El
39. Mary Bey
40. Goddess Bless Knew El
41. Al Nur Latif El
42. Conald Soliman Quisqueyano Bey
43. Shumar Bey
44. Devonte Bennet Bey
45. Empress Thandiwe Seba El
46. Christopher Baultista
47. Ahmost Rael
48. LeCet Ares Gilberta Bey
49. Geymy M Zapata El
50. Voci Dey
51. Ali Khan Bey
52. Kiba El
53. Anubis Bey
54. Bey T'Mu
55. (Naa) Odey Akoa El
56. Nobodies Business
57. Tijanie Bey
58. Kester Charles Bey
59. Alisdat El
60. J.Aryah
61. Yasamin Hasan El
62. Terik Ebrah Bey
63. Ijah Simeon Bey
64. Ausar Oglesby
65. IAMEMPRESSJENELE AHBEY
66. Pumiyil El

**Physical attendees**

TAHIR SALAAM BEY

OMAR MALIK ANTONIO EL

Conald Soliman Quisqueyano Bey

El Khalid Naim Bey

Sambho Bey

Shawn Dinero

Jamelal Al Bey

Al Assam El

Mishael Talib Mahfuz El Bey

Yakub Bey

Hani Abdullah Bey

ANGELENE QUIMBAYN

Abuy El Curragh

Daniel Morris Bey

Ben Jahir Khayrie Bey

Tomchi Yt TayBulf El

Alonzo Jordan Bey

Manel El

anir

Aswad BEY

Shumar Beshir LuWapo Bey

Ignaciu Justus Dolan Bey

Leonidas Jabir Bey

Fentoshe Moor

Tauyan Williams

Kiwo El

Ras Fadley Coreen Bey

Khangil Bey

Ashli Lukumi Bey

Jemh Talid Al Bey

Liim Khalin El

Prusennes Nwaisha Bey

Locet Ares Gilberto Bey

Raheem Allah Bey

Hahtat El

Jove Ibn Allah Bey

Andrea Flores

Mutass Ra'id Rey a free Noor

Tariff Sharif Bey

Njambi Waweru Ki

Julissa Amurra Adonay El

Ramid Israel Waweru

Lucha El Por Libertad

Akwa Azeem Bey

Kendrah Zumureed Lubyn Bey

Amyer Elisha Bey

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



# To: UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC I -202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex. 1990).

**Case number:** CR001099, CR001097, CR001101, CR001096, CR001102, CR001098, CR001104, CR001103, CR001095, CR001100

Appellant, Plaintiff, Claimant: Califia Society- Moroccan Consulate

THIRD PARTY Claimant:(See Attached)

v.

Medford Massachusetts State Police. et al

Defendant(s)

# AFFIDAVIT OF FACT

**Date:** 2 Safar 1443: [20, Sept.8 2021]

Here now comes forth INTERIM-SPECIAL-COMMITTEE FOR THE SPECIFIC PURPOSES OF HOSTING AND ESTABLISHING A FREE MOORISH NATIONAL CONSTITUTIONAL CONVENTION AND TAKING ALL NECESSARY STEPS TO MEET THESE ENDS,

 henceforth referred to as The Moorish Committee, to assist our official members (see attachment). Who is now, and has been unlawfully and illegally detained by the COMMONWEALTH OF MASSACHUSETTS since the date of July 3, 2021: Rabi-us-Sani 1442. It will be clear that we have a requisite degree of injury to ourselves based on the treatment of the named Moors and the blatant violation and infringement of their constitutional rights. See ***Barrows v. Jackson, Buchanan v. Warley, Griswold v. Connecticut, Holland v. Illinois***. Several Moorish Americans and Moorish Committee heads witnessed via

Page **1** of **13**



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

Instagram and Jamhal Talib Abdulla Bey's Youtube live as the incident took place as well as recorded footage and photos of the day in question. On Saturday July 3, 2021; eleven Moorish American Nationals were traveling for a militia camping trip to a private destination while exercising their second amendment right in pursuance with the federal peaceable journey law *(title 18 USC § 926A). (see) Miller v. Bonta and protected under District of Columbia v. Heller*

According to Black's Law dictionary 7th Edition a "Traveler" is a person who passes from place to place, for any reason).

*"The use of the highways for the purpose of travel and transportation is not a privilege but a common and fundamental right of which the public and individuals cannot rightfully be deprived.* " *Chicago Motor Coach v. Chicago, 337 Ill. 200, 169 NE 22, 66 ALR 834. Ligare v. Chicago, 139 Ill. 46, 28 NE 934. Boone v. Clark, 214 SW 607; 25 AM JUR (1st) Highways, Sec. 163.*

While exercising their second amendment right to keep and bare arms, and a well-regulated militia being necessary for a free State (stated in video footage) which **shall not be infringed (see 2 amendment of the constitution).**

*"The bill of rights in this State secures to him a right of which he cannot be deprived, it holds fourth the duty in execution of which that right is to be exercised".*

The Moors pre-filled gas supply in order to fuel their gas tanks without alarming the public late at night since they were dressed in militia gear. While refueling on the side of the road; State trooper " RYAN CASEY" approached them from behind and asked if assistance was needed. Jamhal Talib Abdullah Bey responded to the trooper peacefully with his hand extended to greet the officer while the Moors assured State trooper "RYAN CASEY" they were fine and were just refueling their gas tanks. State trooper RYAN CASEY then proceeded to ask the Moors a series of questions, although they had not been pulled over.

*"Where were they headed, Was anyone licensed to drive, Did they have insurance, Did anyone have a licence to carry a gun"?*

*"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."* **In re Newman (1858), 9 C. 502.**

*"But even assuming that purpose (prevention of a crime) is served to some degree by stopping and demanding identification from an individual without any specific basis for believing he is involved in criminal activity, the guarantees of the* **Fourth Amendment** *do not allow it."*



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

*"The right to travel is a part of liberty which cannot be deprived without due process of law under the fifth amendment. "So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as* **"Magna Carta. (Kent v. Dulles.)"**

RYAN CASEY (state trooper) assured the Moors there was no issue and after one final check they would be free to go, after having not been under arrest in the first instance. The state trooper is heard in the video evidence provided by the State, in consistent with Jamhal Talib Abdullah Bey's body can and The Moorish Committee audio recording saying; *"The only issue I see here is that none of you have a driver's license.*

*"LICENSE.*

*Certificate or the document itself which gives permission. Aldrich v. City of Syracuse, 236 N.Y.S. 614, 617, 134 Misc. 698. Permission or authority. Independent School Dist., Class A, No. 1, Cassia County v. Pfost, 51 Idaho 240, 4 P.2d 893, 897; Monsour v. City of Shreveport, 194 La. 625, 194 So. 569, 571; Platt v. Bender, La.App., 178 ,So. 678, 682. Authority or liberty given to do or forbear any act.*

*"The application of a (code) to detain appellant and require him to identify himself violated the Fourth Amendment because the officers lacked reasonable suspicion to believe appellant was engaged in criminal conduct. Accordingly, appellant may* **not be punished for refusing to identify himself, and the conviction is reversed."** *(probable cause)* **Brown v. Texas, 443 U.S. 47, (1979)**

*"The officers of the law, in the execution of process, are required to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, they must respond in damages. "* **Roger v.Marshall** *(* United States use of **Roger v. Conklin). 1 Wall. (US) 644, 17 Led 714.**

*"No state government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulations i.e.c.* **Travel is not a privilege requiring licensing, vehicle registration, or forced insurance. "Chicago Coach Co. v. City of Chicago".** Traffic infractions are not a crime **People v. Battle.**

Jamhal Talib Abdullah Bey assisted in answering the troopers questions as well as asking for the supervisor. Without prevail and in another good faith attempt, as Moors are

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

guided by the five principles of; Love, Truth, Peace, Freedom and Justice. "Defendant" Robert El Don; misnamed "ROBERT RODRIGUES" provided credentials in regards to drivers license. Trooper "RYAN CASEY", plainly not satisfied with his unwarranted investigation, called backup. Once on the scene; the troopers began to load their weapons and aimed them at the Moors instead of bringing in their supervisor as requested. Jamhal Talib Abdullah Bey can be heard via multiple video recordings continuously assuring the Moors would not be raising or pointing any arms at the troopers and they were only interested in a peaceful resolution. The Moors, in fear for their lives, began flagging down other travelers passing by as they yelled for help. The Moors never once raised or pointed firearms at anyone but simply bared their arms as stated they would for their protection as they stared down the barrels of multiple loaded weapons awaiting for a higher authority for hours. "SGT. MATT MCDEVVIT " arrived upon the scene followed by phone calls from multiple lieutenants, "LIEUTENANT O'NEIL" naming one. Jamhal rendered a phone number for his immediate contact for troopers to call and speak with him. The troopers blocked the north and south bound sides of the highway with multiple state troopers and armored vehicles not allowing the public to pass. At a certain point during the interaction, Jamhal Talib Abdullah Bey asked what the probable cause was; the response from the troopers was "I don't know" while shrugging their shoulders. Massachusetts troopers continuously proceeded to escalate the situation to unnecessary heights.

Since the Moors are and has been official members of THE MOORISH COMMITTEE, we have interest in the determination, outcome and litigation of this case as they were not only on official duty, but the entire proceeding of this case and final determination will have an adverse effect on the credibility and reputation of the THE MOORISH COMMITTEE including Moors worldwide, being this is and has made worldwide broadcasting of said media and thus far, the court proceedings have infringed the protected rights of the Moors. *See Tileston v. Ullman, Buchanan v. Warley, Griswold v. Connecticut, Holland v. Illinois.*

The COMMONWEALTH OF MASSACHUSETTS, State Troopers & various news media outlets are all conspiring in discriminating against the national origin of Moorish American Nationals, while depriving them of their god given inalienable rights. **Title 28 U.S.C 4101; title 18 U.S.C 241 & 242 (conspiracy against rights, deprivation of rights under color of law,Genocide 18 U.S.C 1091 and 18 U.S.C. 2381 Treason.** They are pushing the narrative of Moors being ``,"sovereign citizens" extremists, "anti-government", believing they (we) are, "above the laws"or"outlaws etc., via the de facto MASSACHUSETTS court and international broadcasting. Moors are not and have not ever been, nor claim to be the latter. Since Moors were instructed by the honorable and Noble Prophet Drew Ali to enforce the Constitution as well as uplifting fallen humanity by way of love, truth, peace, freedom and justice, then it is in fact defamation of character according to the very definition provided in title 28 U.S.C 4101. The mere fact that Moors have established a special committee to establish a free national constitutional convention and the very filing of this said suit with prescribed Constitutional citings; H.R. 1203,

Page **4** of **13**



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

Resolution No. 75  and Senate Resolution 1014 which speaks of Moorish Americans many contributions to the world and stands as proof of Moors enforcing the Constitution and not anti-government, to state otherwise is unequivocally defamation without any concrete evidence.

*"The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person."*

During said arraignment hearing to determine the "pre-probable cause" of the arrest of the Moors, (THE MOORISH COMMITTEE has video recordings of). Magistrate Emily K. Karstetter stated she had found probable cause based prosecutor Michel Van Epps testimony, "that Moors had on uniforms walking back and forth posting youtube videos about what they were doing and what policy enforcers were doing and acting this way was the basis for the charges at this point," which is not a crime. Emily K Karstetter demanded they were to be held for a dangerousness hearing and stated she had found probable cause based on the prosecution's testimony and demanded the Moors were to be held for a dangerousness hearing where she also found the Moors to be dangerous and demanded they be held for 120 days for probable cause hearing dated for august 9. Moors stated  there was no injured party present as prescribed by law, see **State v. Edwards, 49 Ohio St. 2d 31, 358 N.E.2d 1051, 1055.** Moors have not been presented with any signed affidavit of claims or accusations made against them by an injured party and have not been indicted by a grand jury, based on that fact alone per the 5th and 6th amendment the  Moors rights to due process have been violated and stands as prima facie evidence of deprivation of rights. Therefore, the case and the alleged charges and claims must have been dropped, dismissed and/or otherwise acquitted.

Under Rule 3.1 Determination of Probable Cause for Detention and amendments 4, 5& 6 of the Constitution. *[United States v. Carter, US Dist Tenn. Case No 4:17-CR-11-TRM-SKL "...courts do not evaluate probable cause in hindsight." McNally v Tabor. Case No. 6:18-CV-16 REW-HAI.* " Probable cause is assessed from the perspective of a reasonable officer on the scene, rather than with 20/20 vision of hindsight."]Under Rule 3.1 Determination of Probable Cause for Detention*

*(a) no person shall be held in custody for more than twenty-four hours following an arrest, absent exigent circumstances, unless:*

*1. a warrant or other judicial process authorizes the persons detention,*

Page **5** of **13**

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

2. a complaint has been authorized under rule 3(g), or

3. a determination of probable cause for detention has been made pursuant to subsection (b)

(b.) A determination of probable cause for detention shall be made by an appropriate judicial officer. The appropriate officer shall consider any information presented by the police, whether or not known at the time of arrest. The police shall present the information under **"oath or affirmation, or under the pains and penalties of perjury."** The police may present the information orally, in person or by any other means, or in writing. If presented in writing, the information may be transmitted to the appropriate judicial officer by facsimile transmission or by electronic mail or by such other electronic means as may be found acceptable by the court. The determination of probable cause for detention shall be an ex parte proceeding. The person arrested has no right to appear, either in person or by counsel.

Subdivision (e)

This subdivision deals with the standard that governs the determination of probable cause for detention and the consequence of an affirmative finding. As to the first of these issues, the subdivision addresses two questions: what the standard should be and the issues to which the standard should be applied. The Court in Jenkins held that the Declaration of Rights requires a "postarrest" determination of probable cause to be "governed by the same legal standards as apply to the issuance of a warrant.

The judge violated the following rules to determine if there was probable cause by granting the prosecution's motion to detain the Moors. According to rule 3g. Rule 3.1 Determination of Probable Cause for Detention (d) The judicial officer shall promptly reduce to writing his or her determination as to probable cause and notify the police. A copy of the written determination shall be transmitted to the police, by facsimile transmission or by other means, as soon as possible.

Page **6** of **13**



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

Under Criminal Procedure Rule 3G: probable cause hearing (f) ... If the District Court finds that there is no probable cause to believe that the defendant committed the crime or crimes alleged in the complaint, the court shall dismiss the complaint.

Criminal Procedure Rule 3g(2) Probable cause requirement: the appropriate judicial officer shall not authorize a complaint unless the information presented by the complaint establishes probable cause to believe that the person against whom the complaint is sought committed an offense.

MA part IV Title I chapter 263, Subsection 4: No person shall be held to answer in any court for an alleged crime, except upon an indictment by a grand jury or upon a complaint before a district court department.

The Moors have been denied Consul which were present in person and via Zoom Court and denied the ability to assist while attorneys were heard via Zoom for their clients and making the claims, one must be a member of the United States bar association  muting the Consul on Zoom, violating the Department of State: Consular Notification and Access Manual which are instructions for all Federal, State, and local Law enforcement including Judicial Officers(Judges) on how to deal with Foreign Nationals while violating the Moors treaty and constitutional  rights.

*"Litigants can be assisted by unlicensed laymen during judicial proceedings."* **[Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335: Argersinger v. Hamlin, Sheriff 407 U.S. 425].**

*"Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with unauthorized practice of law."* **[NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery, 89 S. Ct. 747**

*"The assertion of federal rights, [Bill of Rights] when plainly and reasonably made, is not to be defeated under the name of local practice".* **[Davis v. Wechsler, 263 US 22, 24](1969)].**

THE MOORISH COMMITTEE also submitted to the clerks of Malden District Court multiple documents on the behalf of the Moors which have not been filed, when in fact Emily K Karstetter stated on the record, " the court was getting a slew of paperwork on the Moors behalf."



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

*"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked.* **Standard Fire Ins. Co. v. LaCoke, 585 S.W.2d 678, 680 (Tex. 1979); Hanover Fire Ins. Co. v. Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895); Turner v. State, 41 Tex. 549, 552 (1874); Holman v. Chevaillier, 14 Tex. 337, 339-40 (1855); Beal v. Alexander, 6 Tex. 531, 541 (1855).** *The purpose of this rule is to protect a diligent party from being penalized by the errors and omissions of the court clerk. Standard Fire Ins. Co., 585 S.W.2d at 680. Since Biffle satisfied his duty to file timely the cost bond, he should not be penalized for an error once the instrument was in the custody and control of the clerk."*

Aban El Curragh has been denied his eye glasses, the Moors have all been blocked from making multiple outside calls; not being allowed to receive or send mail, denied the use of the law library or their National and religious headdresses, after notifying Katy Chaplin the Chaplin and also being fed carcasses and other processed matter which goes against Moors National and religious principles etc. According to (WHO) the World health Organization the intake of meat and or processed meats cause cancer, diabetes, heart disease,other illnesses and death.

Quinn Khabir El, misidentified as "QUINN CUMBERLANDER" , also stated that after his unlawful arrest and trafficking into the Massachusetts state custody he was being spat on prohibited from showering, called cunt by guards, threatened to get an attorney and if not "his Mother and Daughter would be fucked". *In Hudson v McMillian, 503 U.S. 1 (1992), the Supreme Court held that a prisoner does not need to experience significant injury by prison guards in order to suffer an Eighth Amendment violation. Rather, if the guards act maliciously and sadistically to punish the prisoner, then that punishment would be cruel and unusual, and would accordingly violate the Eighth Amendment.* Emily K. Karstetter was notified the Moors were not allowed to bathe, her response was "I'm sorry to hear that " when she was in fact not sorriful as there is no evidence she made any attempts to change the latter. Tariff Shariff Bey, Jamil Rasul Bey and Aban El Curragh, have also notified THE MOORISH COMMITTEE guards with the assistance of Director Aaron Eastman;, Captain Coppinger, Lieutenant Sousa and Deputy Earl, moved them to a cell right after an inmate comittitted suicide, while the reamains of blood and other bodily fluideds were left behind and demanded they clean it up. They were also once allowed, locked in the shower while the guards removed all their property from the cells. They have been held in solitary confinement for 23 hrs of the day for more than 30 days with the presence of lice and mold. Solitary confinement is defined as a form of imprisonment distinguished by living in single cells with little or no meaningful contact with other inmates, strict measures to control contraband, and the use of additional security measures and equipment. It is specifically designed for disruptive inmates who pose security risks to other inmates, the prison staff, or the prison itself — but can also be used as a measure of protection for inmates whose safety is threatened by other inmates.[1] or as a form of disciplinary punishment.[2][3]. According to a 2017 review study, "a robust scientific literature has established the negative psychological effects of solitary confinement",

Page **8** of **13**



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

leading to "an emerging consensus among correctional as well as professional, mental health, legal, and human rights organizations to drastically limit the use of solitary confinement."[4] The United Nations considers solitary confinement exceeding 15 days to be torture.[5]. Also in short, not much better. Stuart Grassian, a board-certified psychiatrist and a former faculty member at Harvard Medical School, has interviewed hundreds of prisoners in solitary confinement. In one study, he found that roughly a third of solitary inmates were "actively psychotic and/or acutely suicidal." Grassian has since concluded that solitary can cause a specific psychiatric syndrome, characterized by hallucinations; panic attacks; overt paranoia; diminished impulse control; hypersensitivity to external stimuli; and difficulties with thinking, concentration and memory. Some inmates lose the ability to maintain a state of alertness, while others develop crippling obsessions. Considerable research attention has been paid to racial and social inequality in the criminal justice system broadly (Alexander, 2010; Western, 2006) as well as with solitary confinement specifically (Arthur Liman Public Interest Program & Association of State Correctional Administrators, 2015; Reiter, 2012; Schlanger, 2013). A 2015 Bureau of Justice Statistics report showed a statistically higher proportion of African American respondents to the National Inmate Survey reported any time in "restrictive housing" (U.S. Bureau of Justice Statistics, 2015), but the report found no disparities between Whites and Hispanics in prisons, and no racial or ethnic disparities in self- reports for those in jails. Citing a report from the New York Civil Liberties Union, Schlanger (2013) describes racial disparities in solitary confinement: In June 2011, black individuals accounted for approximately 62% of the individuals held at Upstate and Southport correctional facilities, where individuals with the longest SHU sentences are generally incarcerated. In contrast, approximately 49% of the general prison population is black, which is a crime against humanity.

*Crime against humanity Int'l law. A brutal crime that is not an isolated incident but that involves large and systematic actions, often cloaked with official authority, and that shocks the conscience of humankind. Among the specific crimes that fall within this category are mass murder, extermination, enslavement,  portation, and other inhumane acts perpetrated against a population, whether in wartime or not* and is in fact Genocide.

During continuance of probable cause hearing (August 9) being heard by Magistrate

The incident violates international law; **the Constitution for the United States of America, the Treaty of Peace and Friendship** between the United States & The Empire of Morocco, **Declaration of Human rights and Rights of Indeginouse people.** The **Supremacy Clause of Article VI** of the Constitution which specifies federal law is the "Supreme Law of the land." *Judges in every state are bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."*

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the
United States.



"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law." **Marbury v. Madison, 5 US 137**

The Constitution, laws, and treaties of the federal government in matters which are directly or indirectly within the government's control under the doctrine of preemption, which is based on the Supremacy Clause, federal law preempts state law, even when the laws conflict. Thus, a federal court may require a state to stop certain behavior it believes interferes with, or is in conflict with, federal law.

*State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land.* **De Tenorio V McGowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, cert den 423 US 877, 46 L Ed 2d 110, 96 S Ct 150 and later app (CA5 Miss) 589 F2d 911.**

*The Bill of Rights prevents the tyranny of the majority from taking away the rights of a minority. When a state nibbles on Constitutional rights, who protects the minorities? The federal courts. The Second Amendment protects any law-abiding citizen's right to choose to be armed to defend himself, his family, and his home. At the same time, the Second Amendment protects a citizen's right to keep and bear arms to use should the militia be needed to fight against invaders, terrorists, and tyrants. ...Government is not free to impose its own new policy choices on American citizens where Constitutional rights are concerned. As Heller explains, the Second Amendment takes certain policy choices and removes them beyond the realm of permissible state action.* **Miller v Bonta 2021**

*...in **District of Columbia v. Heller, 554 U. S. ___**, this Court held that the Second Amendment protects the right to keep and bear arms for the purpose of self-defense and struck down a District of Columbia law that banned the possession of handguns in the home.* United States Supreme Court **MCDONALD ET AL. v. CITY OF CHICAGO, ILLINOIS, ET AL. (2010) No. 08-1521 Argued: March 2, 2010 Decided: June 28, 2010.**

It has also been stated in, **Shuttlesworth v. Birmingham, 373 US 262, that;** *"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."*

*"There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right."* **Sherar v. Cullen, 481 F. 945 (9th Cir. 1973) Spevack v. Klein, 385 U.S. 511 (1967) GARRITY v. NEW JERSEY, 385 U.S. 493 (1967) BOYD v. U S, 116 U.S. 616 (1886) MALLOY v. HOGAN, 378 U.S. 1 (1964)**

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



THE MOORISH COMMITTEE Rightfully demand that this "case(s)" numbers CR001099, CR001097, CR001102, CR001101, CR001098, CR001104, CR001100, CR001103, CR001095, CR001096 and these alleged "charge(s)" / claim(s) of possession of a firearm, possession of a large capacity firearm, conspiracy to possess and improperly store firearms, conspiracy to commit a felony etc.; be dismissed for the mere fact alone that it is a constitutionally secured right to keep and bare-arms supported by the 2nd Amendment of the Bill of rights of the American Constitution. According to Black's Law dictionary 4th Edition, an "Arm" is anything that a Man takes in his hands or anything that a man wears for his defense, and an insignia of honor. Furthermore, officials of THE MOORISH COMMITTEE have recordings of the illegal and unlawful stop and are willing to testify in open court as to the material facts, circumstantial facts and evidence as well as all issues of law brought forth in this and subsequent filings.

The claims and statements made by the members of THE MOORISH COMMITTEE clearly show (1) an injury in fact (2) a sufficient connection between the injury and the conduct of the Commonwealth of Massettussett and (3) a likelihood that the injury will be redressed by a favorable decision. i.e. relief and dismissal of all charges and the immediate release of The Moors and sealing of the case since it violates 18 USC § 926A, 18 USC 1028 (d)(3); United States Justice Department CRM 1508; Article VI of the U.S. Const and Amendments 1, 2, 4, 5, 6, 8, 9, 10 of the U.S. Const. The Treaty of peace and Friendship 1777-1786 articles 20 &21, Title 28 U.S.C 4101, title 18 U.S.C 241 & 242 (conspiracy against rights, deprivation of rights under color of law and Genocide 18 U.S.C 1091.

All named defendants (parties) in this said suit are all co-conspirators under title 18 U.S.C 1091 a.(3) & (4), their intent to destroy the Moorish American Nationals by way of depriving the Moors rights under color of law title 18 U.S.C 241 & 242 by assuming jurisdiction 28 U.S.C 1251; Defamation of the Moors national origin by way of claims of the Moors being anti-government, sovereign citizens, anti-government, extremist etc. via court and media. Emily K. Karstetteras, guards and other officials, coercion, threats and abuses, to demand Moors have standby counsel deeming them unfit to speak for themselves (in propria persona), in an attempt to gain jurisdiction. Confining the Moors to Solitary cells with lice and mold, which has been proven to cause permanent impairment of the mental state. Subjecting the Moors to eat carcasses and other processed foods which cause multiple illnesses and ultimately death etc. It is under these grounds that claims for relief be granted.

The declaration of independence states that "We hold these truths to be SELF EVIDENT, that ALL MEN are created equal and have natural, essential and INALIENABLE rights. Those among these rights are the right to life, liberty and the pursuit of happiness. That to SECURE these rights,



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

governments are instituted among men, DERIVING THEIR POWER FROM THE CONSENT OF THE GOVERNED." - the right to bare arms is an unalienable right, meaning it is ABSOLUTE and cannot be licensed. The right can only be forfeited once one commits an injury to the public and for public safety, after a trial by jury, the person's peers via a guilty verdict may take said right based on the commission of a violent crime. The only other way is via voluntary waiver or the individual is declared mentally incompetent or insane by a qualified doctor. The only other provisions are 'common sense' ordinances regarding no arms in Schools etc. Thus, one cannot be charged with possession of a weapon without a license as a license is permission, as is a permit, and the people don't need permission from anyone to keep and bare arms, which means public display for lawful purposes, especially not the government to which their sole purpose it to protect pre-existing rights.

To be submitted on the "Public Record" as Exhibit A, whereas

THE MOORISH COMMITTEE state, proclaim, and declare the following to be true, correct, not misleading and not intended to be presented for any misrepresented, 'colored' or improper use or purpose. Whereas we reserve our right to not have to answer to any colorable charges nor appear to any colorable courts, this Affidavit of fact, Quo Warranto, Writ of Replevin and Information et alia. Any bodily presence to any "courts" or tribunals in regard to this matter will be under threat, duress and/or coercion, where jurisdiction will be challenged. This document is to be taken and viewed as a special appearance; as there is no proof that there are any real charges being made against Moorish American Nationals or Moors estate.

**There has been a direct violation of the Department of State: Consular Notification and Access Manual, Which are instructions for Federal State And local law enforcement on how to deal with Foriegn Nationals. It also States that Bi-lateral Agreements, Conventions and treaties are binding agreements between the perspective nation and the United states. So if there is no treaty violation then there is no crime.**

**Relief**

**$11,000,000**

**UNDER PENALTY OF PERJURY**

Page **12** of **13**

**Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.**

Under penalty of perjury and persecution from the Moorish Nation, I do declare and state for the record, to the best of ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American Nationals and citizens of the free National Government of Morocco, I am: _Mali El_ _____. In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principles of Love, Truth, Peace, Freedom and Justice.

Page **13** of **13**

Exhibit A



United States Department of State

# CONSULAR NOTIFICATION AND ACCESS





**FIFTH EDITION | SEPTEMBER 2018**

Instructions for Federal, State, and Local Law Enforcement and Other Officials Regarding Foreign Nationals in the United States and the Rights of Consular Officials to Assist Them

## ABOUT THIS MANUAL

This manual contains instructions and guidance relating to the obligations of federal, state, and local government officials to provide information to foreign consular officers and to permit foreign consular officers to assist their nationals in the United States. It focuses on the obligations of consular notification and access that pertain to the arrest and detention of foreign nationals; the appointment of guardians for minor and adult foreign nationals; deaths and serious injuries of foreign nationals; and wrecks or crashes of foreign ships or aircraft on U.S. territory. It also addresses related issues pertaining to the provision of consular services by foreign consular officers to their nationals in the United States. The instructions and guidance in this manual pertain to all foreign nationals in the United States, regardless of their legal status.

This manual is designed to help ensure that foreign governments can extend appropriate consular services to their nationals in the United States and that the United States complies with its legal obligations to such governments. These legal obligations arise primarily from treaties, which form part of the supreme law of the land under Article VI of the U.S. Constitution. The instructions and guidance contained in this manual must be followed by all federal, state, and local government officials, whether law enforcement, judicial, or other, insofar as they pertain to foreign nationals subject to the officials' authority or to matters within the officials' competence. Compliance with these instructions and guidance will also help ensure that the United States can insist upon rigorous compliance by foreign governments with respect to U.S. nationals abroad, and will help prevent both international and domestic litigation. The Department of State appreciates the assistance of all federal, state, and local government officials in helping to achieve these objectives.

If you have any questions not addressed in this manual, write or call:

**Consular Notification & Access (CNA)**
**U.S. Department of State**
**CA/P**
**SA-17, 12th Floor**
**Washington, DC 20522-1712**

**Telephone: (202) 485-7703**
**Email: *consnot@state.gov***
**Website: *travel.state.gov/CNA***

For urgent telephone inquiries outside normal business hours, you may call the **Department of State Operations Center at (202) 647-1512**.

i

Exhibit B



**LIBRARY**
LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** and that the attached photocopies from Volume VIII – the title page and pages 100 through 105 on which appears the TREATY OF PEACE AND FRIENDSHIP *Between the United States of America, and His Imperial Majesty the Emperor of Morocco,* January 1787 – are a true representation from that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on March 16, 2020.

Rosalina Delgado-Jones
Assistant Business Enterprises Officer
Office of Business Enterprises
Library of Congress



101 Independence Avenue, SE Washington, DC 20540–4917 Tel 202.707.5650 www.loc.gov;
duplicationservices@loc.gov

TREATY WITH MOROCCO. 1787.                                    103

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

*Merchants may buy and sell all goods except those prohibited to other Christian nations.*

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

*Goods to be examined before sent on board, and not after, unless in case of fraud.*

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

*Vessels not to be detained.*

### ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties; and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

*How disputes shall be settled.*

### ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

*How crimes shall be punished.*

### ARTICLE XXII.

: If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

*How estates of deceased citizens shall be disposed of.*

### ARTICLE XXIII.

The consuls of the United States of America, shall reside in any sea-port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

*Consuls and their privileges.*